### LYNN A. CERVERO *v.* MORY'S ASSOCIATION, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 82 (AC 31110), is denied.

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*John A. Keyes,* in support of the petition.

Decided September 8, 2010

### LIUBOV STANCUNA *v.* VERNON STANCUNA

The defendant's petition for certification for appeal from the Appellate Court (AC 32028) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Vernon Stancuna,* pro se, in support of the petition.

Decided September 8, 2010